1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LAUREN CUSICK, Bar #257570
   Assistant Federal Defender
3  Designated Counsel for Service
   JARED STEPHENSON
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  BENJAMIN TURNER

9

10
                 IN THE UNITED STATES DISTRICT COURT
11
                FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
   UNITED STATES OF AMERICA,     )  CR No. S-09-389-GGH
15                               )
                   Plaintiff,    )
16                               )  STIPULATION AND ORDER
        v.                       )
17                               )
   BENJAMIN TURNER,              )  Date:  October 27, 2009
18                               )  Time:  9:00 a.m.
                   Defendant.    )  Judge: Hon. Gregory G. Hollows
19                               )
   _____)
20

21 IT IS HEREBY STIPULATED between the parties through their respective

22 counsel, Matthew C. Stegman, Assistant United States Attorney, and

23 Lauren D. Cusick, Staff Attorney, attorney for Benjamin Turner, that

24 the Court vacate the trial confirmation hearing on October 27, 2009 at

25 9:00 a.m. and the jury trial date set for November 9, 2009 at 9:00 a.m.

26 / / /

27 / / /

28 / / /

1    We respectfully request the court set a status conference hearing
2 on October 27, 2009, at 9:00 a.m.
3
4 Dated:  October 22, 2009
                                        Respectfully submitted,
5
                                        DANIEL J. BRODERICK
6                                       Federal Defender
7
8                                       /s/ Lauren Cusick
                                        LAUREN CUSICK
9                                       Assistant Federal Defender
                                        Attorney for Defendant
10                                      BENJAMIN TURNER
11
Dated: October 22, 2009                 LAWRENCE G. BROWN
12                                      United States Attorney
13
                                        /s/ Matthew C. Stegman
14                                      MATTHEW C. STEGMAN
                                        Assistant United States Attorney
15
16                         **ORDER**
17 IT IS SO ORDERED.
18
19 Dated: October 26, 2009
                                         /s/ Gregory G. Hollows
20
                                        Hon. GREGORY G. HOLLOWS
21                                      United States Magistrate Judge
22 turner.ord
23
24
25
26
27
28

Stipulation and Proposed Order    -2-